UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JEREMY STEVENS,

    Plaintiff,

v.                                               Case No. 5:19cv339-TKW-MJF

UNKNOWN,

    Defendant.
_____/

## **O R D E R**

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 6). No objections to the Report and Recommendation were filed. Having reviewed the Report and Recommendation, I agree with the magistrate judge's determination that this case is due to be dismissed based on Plaintiff's failure to comply with court orders. Accordingly, it is:

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED** and the Clerk shall close the file.

**DONE and ORDERED** this 27th day of December, 2019.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**